**Opinion issued March 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-25-00169-CV**

—————————————

**IN RE JEFFERY JAMES DENNIS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Jeffrey James Dennis, has filed a petition for writ of mandamus requesting that our Court (1) compel various actions by the clerk of the 164th District Court of Harris County and (2) grant relator's various additional requests included in the petition.[1]

---

[1] The underlying case is *Jeffrey James Dennis v. Quicken Loans LLC*, cause number 2024-29392, pending in the 164th District Court of Harris County, Texas, the Honorable Cheryl Elliott Thornton presiding.

This Court's power to issue writs is defined in section 22.221 of the Texas Government Code. Section 22.221 grants the court of appeals the authority to issue (1) writs of mandamus and other writs necessary to enforce their jurisdiction; (2) writs of mandamus against a judge of a district or county court in the court of appeals district; and (3) writs of habeas corpus under specifically defined circumstances involving contempt orders in civil cases. *See* TEX. GOV'T CODE § 22.221. We are not authorized to issue writs of mandamus against clerks of court, and relator has not claimed or shown that the relief requested is necessary to enforce the jurisdiction of our Court. Therefore, we lack jurisdiction to issue a writ of mandamus against the district court clerk. *See In re Archie*, No. 01-21-00011-CV, 2021 WL 380437, at *1 (Tex. App.—Houston [1st Dist.] Feb. 4, 2021, orig. proceeding) (mem. op.) (per curiam); *see also In re Bryan*, No. 14-24-00642-CV, 2024 WL 4164435, at *1 (Tex. App.—Houston [14th Dist.] Sept. 12, 2024, orig. proceeding) (mem. op.) (per curiam); *In re Bunton*, No. 14-07-00651-CV, 2007 WL 2301413, at *1 (Tex. App.—Houston [14th Dist.] Aug. 14, 2007, orig. proceeding) (mem. op.) (per curiam).

Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction. All addition requests for relief included in the petition are denied.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.